# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:            Chapter 11

GOLDEN BEAR ACADEMY, INC.,      Case No.: 8:10-bk-12682-CED

    Debtor.                  /

## VERIFIED SMALL BUSINESS CHAPTER 11 BALANCE SHEET, OPERATIONS AND CASH-FLOW STATEMENT, AND INCOME TAX RETURNS

**COMES NOW** GOLDEN BEAR ACADEMY, INC. (the "Debtor"), by and through its undersigned counsel, hereby files this its Verified Small Business Chapter 11 Balance Sheet, Operations and Cash-Flow Statement and Income Tax Returns pursuant to §1116(1), as follows:

1. The Debtor's most recent Balance Sheet and most recent statement of operations or cash-flow (Profit & Loss) statement are attached hereto as **composite Exhibit "A"** and incorporated herein by reference.

2. A copy of the Debtor's 2008 and 2009 - U.S. Corporation Income Tax Return (Form 1120s) are attached hereto as **composite Exhibit "B"** and incorporated herein by reference.

**I HEREBY CERTIFY** that on this 11th day of June, 2010, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

    United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, FL 33602;

and by ■ Regular U.S. Mail to:

    Golden Bear Academy, Inc., Attn: Karina A. Hanze, 5353 Gulf Boulevard, Ste. 301, St. Petersburg, FL 33706.

Respectfully submitted,

BUDDY D. FORD, P.A.,

/s/ Barbara Chew 6/11/15
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
115 North MacDill Avenue
Tampa, Florida 33609-1521
Telephone #: (813) 877-4669
Office Email: *Nancy@tampaesq.com*
Attorney for Debtor

# VERIFICATION

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

**BEFORE ME**, the undersigned authority, personally appeared *Karina E. Hanze*, as President on behalf of GOLDEN BEAR ACADEMY, INC., who, after being duly sworn states as follows:

I, *Karina A. Hanze*, hereby verify and certify that the facts and circumstances asserted in the foregoing *Verified Small Business Chapter 11 Balance Sheet, Operations and Cash-Flow Statement and Income Tax Returns pursuant to §1116(1)* are true and correct to the best of my knowledge and belief, including the authenticity of the exhibits attached thereto. I have executed this verification to attest to the truth of the assertions made.

**DATED** on this 27 day of May, 2010.

GOLDEN BEAR ACADEMY, INC.,

_____
Karina E. Hanze, President

**SWORN** to and **SUBSCRIBED** before me, this 27th day of May 2010, by **Karina E. Hanze**, as President on behalf of Golden Bear Academy, Inc., who ☒ is personally known to me or ☐ produced _____ as identification.

[SEAL]

NOTARY PUBLIC:

_____
State of Florida at Large
My Commission Number:
My Commission Expires: