# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*

IN RE:                                                                Chapter 11

GOLDEN BEAR ACADEMY, LLC.,           Case No.: 8:10-bk-12682-CED

        Debtor.

_____/

## MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND REQUEST FOR EXPEDITED HEARING

**COMES NOW**, GOLDEN BEAR ACADEMY, INC. (the "Debtor"), pursuant to §363(c)(2)(B) of the Bankruptcy Code, respectfully moves for an Order Authorizing Use of Cash Collateral, and as grounds therefore would state as follows:

1. Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code on May 27, 2010 (the "Petition Date"). The Debtor operates as a Debtor-In-Possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code.

2. This is a Motion For Use of Cash Collateral pursuant to 11 U.S.C. §363(c)(2)(B) which constitutes a contested matter under Bankruptcy Rules 4001(a) and 9014 and is a core proceeding under 28 U.S.C. §157(b)(2)(M).

3. No trustee having been appointed or qualified, Debtor is a Debtor-in-Possession.

4. The Debtor owns and operates a day care and after school care center.

5. The Debtor's assets consists of *Real Property, Furnishings, Fixtures, Equipment and other tangible assets*, having an estimated value of $1,095,211.00 and more particularly described as follows:

| Description | approx. value |
|---|---|
| Childcare facility, located at 421 S. Goldenrod Road, Orlando, Florida 328222 | $1,005,211.00 |
| Checking Account @ Wachovia Bank, Acct #xxx8801 | $0.00 |
| Checking Account @ Chase Bank, Acct #xxx2154 | $0.00 |
| Checking Account @ Wachovia Bank, Acct #xxx4616 | $0.00 |
| 3- vans | $12,500.00 |
| Office Equipment, Computers, Etc. | $20,000.00 |
| Misc. business supplies and equipment | $50,000.00 |
| Storage Shed | $3,500.00 |

6. The property is insured.

1

7. Creditor, Ciena Capital Funding, LLC., holds a first position security interest in the amount of $1,660,214.00, in the above-mentioned assets having filed a UCC-1 Financing Statement to secure its Mortgage

8. Creditor, U.S. Small Business Administration, holds a second position security interest in the amount of $1,377,000.00, in the above-mentioned assets having filed a UCC-1 Financing Statement to secure its Mortgage

9. In order for the Debtor to remain in business, it is imperative that it have the use of its cash collateral.

10. As adequate protection for the use of cash collateral, Debtor offers the following:

    (a) Creditors shall have a post-petition lien on the Collateral to the same extent, validity and priority as existed pre-petition; and

    (b) Debtor will pay adequate protection in the form of the net income after payment of expenses up to the amount of the contractual obligation. A budget is attached as *"Exhibit A"* and incorporated herein by reference.

**WHEREFORE**, Debtor respectfully requests this Honorable Court enter an Order authorizing it to use cash collateral; and for such other and further relief as this Court shall deem just and proper.

**I HEREBY CERTIFY** that on this 24 day of June, 2010, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

W Patrick Ayers   wpayers@arnstein.com, pemadison@arnstein.com;
Buddy D. Ford   Buddy@tampaesq.com,
    Nancy@tampaesq.com;Peggy@tampaesq.com;Barbara@tampaesq.com;Jane@tampaesq.com;Jonathan@tampaesq.com;Staci@tampaesq.com;
United States Trustee - TPA   USTPRegion21.TP.ECF@USDOJ.GOV;

and by ■ Regular U.S. Mail to:

Cienna Capital Funding, LLC, f/k/a BLX Capital, LLC, 1 Independence Pt., Ste. 102, Greenville, SC 296;
Cienna Capital Fnding, c/o Arnstein & Lehr, LLP, 302 Knights Run Ave., Ste. 1100, Tampa, FL 33602;
US Small Business Admin, c/o Gulfcoast Business Finance, 227 - 2nd Avenue N., PO Box 54, St. Petersburg, FL 33731;
SBA, c/o US Attorney, 501 W. Church St, Ste. 300, Orlando, FL 32805;
SBA, US Attorneys Office, Civil Process Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602;
SBA, c/o US Attorney General, 10th St. & Constitution Ave., Washington, DC 20530;
SBA c/o Department of Justice, Tax Division, PO Box 14198, Ben Franklin Station, Washington, DC 20044;

20 Largest Unsecured creditors.

>  Respectfully Submitted,
>
>  BUDDY D. FORD, P.A.
>
>  /s/ *for* (FBN: 0066071)
>  Buddy D. Ford, Esquire (FBN: 0654711)
>  Email: *Buddy@tampaesq.com*
>  115 North MacDill Avenue
>  Tampa, Florida 33609-1521
>  Telephone #: (813) 877-4669
>  Facsimile #: (813) 877-5543
>  Office Email: *Nancy@tampaesq.com*
>  Attorney for Debtor

| Label Matrix for local noticing | Ciena Capital Funding, LLC | Ciena Capital Funding, LLC |
|---|---|---|
| 113A-8 | c/o W. Patrick Ayers, Esq. | fka BLX Capital, LLC |
| Case 8:10-bk-12682-CED | 302 Knights Run Avenue | 1 Independence Pt, Ste.102 |
| Middle District of Florida | Suite 1100 | Greenville, SC 29614-0001 |
| Tampa | Tampa, Florida 33602-5987 | |
| Thu Jun 24 13:51:49 EDT 2010 | | |
| Department of Labor and Security | Department of Revenue | Great North American Co |
| Hartman Building Suite 307 | PO Box 6668 | 2828 Forst Ln, Ste.2000 |
| 2012 Capital Circle Southeast | Tallahassee FL 32314-6668 | Dallas, TX 75234-7517 |
| Tallahassee FL 32399 0648 | | |
| (p)INTERNAL REVENUE SERVICE | Matt Lentz | Office of US Attorney |
| CENTRALIZED INSOLVENCY OPERATIONS | 5501 Washington Blvd. | Attn Civil Process Clerk |
| PO BOX 21126 | Arlington, VA 22205-2706 | 400 North Tampa St Suite 3200 |
| PHILADELPHIA PA 19114-0326 | | Tampa FL 33602-4774 |
| Orange County Tax Collector | Tanner Scott | US Small Business Admin |
| PO Box 545100 | c/o Morgan & Morgan | c/o GulfCoast Business Fin |
| Orlando, FL 32854-5100 | 20 North Ortange Ave. | 227 - 2nd Avenue N. |
| | Orlando, FL 32801-2414 | PO Box 54 |
| | | Saint Petersburg, FL 33731-0054 |
| United Portfolio Management | | |
| 1942 Lexington Ave N. | | |
| Suite #1 | | |
| Roseville, MN 55113-6401 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

End of Label Matrix
Mailable recipients    12
Bypassed recipients     0
Total                  12

# Golden Bear Academy Inc.
## Profit & Loss

| | June 10 | July 10 | August 10 | Sept 10 | Oct 10 | Nov 10 | Dec 10 | Jan 11 | Feb 11 | March 11 | TOTAL | April 11 | May 11 | June 11 | July 11 | Aug 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | | | | | | |
| 3030 · 4 C State of Florida Re-Imbursement | 30,480.00 | 33,245.00 | 32,540.00 | 29,840.00 | 30,648.00 | 30,150.00 | 30,540.00 | | | | 132,800.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 304 Tuition | 18,650.00 | 18,650.00 | 19,000.00 | 20,500.00 | 19,500.00 | 19,000.00 | 17,500.00 | | | | 91,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3050 · VPK | 16,850.00 | 6,250.00 | 5,800.00 | 11,650.00 | 16,500.00 | 16,500.00 | 17,500.00 | | | | 74,840.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3060 · Food Program | 11,250.00 | 12,450.00 | 12,450.00 | 11,800.00 | 10,250.00 | 11,480.00 | 12,500.00 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3070 · Return & Allowances | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Income** | 77,230.00 | 70,595.00 | 69,790.00 | 73,790.00 | 76,898.00 | 77,130.00 | 78,040.00 | 0.00 | 0.00 | 0.00 | 298,690.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | |
| 4040 · Cost of Goods | | | | | | | | | | | | | | | | |
| 4050 · Food & Supplies | 6,572.00 | 6,570.00 | 6,570.00 | 5,500.00 | 6,237.53 | 7,250.00 | 7,900.00 | | | | 46,599.53 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4060 · Field Trip & Summer Camp | 750.00 | 875.00 | 350.00 | | | | | | | | 1,975.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4070 · Summer Camp Activity | 750.00 | 975.00 | 450.00 | | | | | | | | 2,175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4095 · Contract Labor | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 4040 · Cost of Goods** | 8,072.00 | 8,420.00 | 7,370.00 | 5,500.00 | 6,237.53 | 7,250.00 | 7,900.00 | 0.00 | 0.00 | 0.00 | 50,749.53 | | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total COGS** | 8,072.00 | 8,420.00 | 7,370.00 | 5,500.00 | 6,237.53 | 7,250.00 | 7,900.00 | 0.00 | 0.00 | 0.00 | 50,749.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Gross Profit** | 69,158.00 | 62,175.00 | 62,420.00 | 68,290.00 | 70,660.47 | 69,880.00 | 70,140.00 | 0.00 | 0.00 | 0.00 | 247,940.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Expense** | | | | | | | | | | | | | | | | |
| 515 Employee Salaries | 39,164.00 | 36,150.00 | 36,500.00 | 38,500.00 | 40,250.00 | 40,250.00 | 40,250.00 | | | | 271,064.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 525 Payroll Taxes | 6,589.75 | 5,347.45 | 5,200.00 | 6,250.00 | 6,480.00 | 6,500.00 | 7,589.75 | | | | 71,982.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5400 · Bank Service Charges | 292.00 | 160.00 | 250.00 | 280.00 | 160.00 | 160.00 | 160.00 | | | | 1,462.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5410 · Charge Back | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | | | | 2,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 555 Officer Salary | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | | | | 28,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6110 · Automobile Expense | | | | | | | | | | | | | | | | |
| 6115 · Gas & Oil | 480.00 | 400.00 | 375.00 | 550.00 | 550.00 | 575.00 | 550.00 | | | | 3,480.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6120 · Repair & Maintenance | 350.00 | 250.00 | 250.00 | 250.00 | 750.00 | 750.00 | 2.00 | | 0.00 | | 2,602.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6125 Vehicle Expenses | 721.50 | 721.50 | 721.50 | 721.50 | 721.50 | 721.50 | 721.50 | | | | 5,050.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 6110 · Automobile Expense** | 1,551.50 | 1,371.50 | 1,346.50 | 1,521.50 | 2,021.50 | 2,046.50 | 1,273.50 | | 0.00 | 0.00 | 11,132.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6170 · Equipment Rental | 1,068.00 | 1,068.00 | 1,068.00 | 1,068.00 | 1,068.00 | 1,068.00 | 1,068.00 | | | | 7,476.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6180 · Insurance | | | | | | | | | | | | | | | | |
| 6190 · Commercial Coverages | 2,390.18 | 2,390.18 | 2,390.18 | 2,390.18 | 2,390.18 | | 5,516.00 | | | | 17,466.90 | | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total 6180 · Insurance** | 2,390.18 | 2,390.18 | 2,390.18 | 2,390.18 | 2,390.18 | 0.00 | 5,516.00 | 0.00 | 0.00 | 0.00 | 17,466.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |


EXHIBIT A

3:37 PM
10/31/08
Accrual Basis

# Golden Bear Academy Inc.
## Profit & Loss

| | June 10 | July 10 | August 10 | Sept 10 | Oct 10 | Nov 10 | Dec 10 | Jan 11 | Feb 11 | March 11 | TOTAL | April 11 | May 11 | June 11 | July 11 | Aug 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6200 · Interest Expense** | | | | | | | | | | | | | | | | |
| 6220 · Loan Interest | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6375 · Mortgage | | | | | | | | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6200 · Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6230 · Licenses and Permits | 300.00 | 350.00 | 231.00 | 275.00 | 0.00 | 0.00 | 0.00 | | | | 1,156.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6245 · Office Expense | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | | | | 7,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6255 · Fingerprint Expense | 32.50 | 32.50 | 32.50 | 32.50 | 32.50 | 32.50 | 32.50 | 0.00 | 0.00 | | 227.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6260 · Printing and Reproduction | 192.16 | 210.66 | 280.00 | 290.00 | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 | 1,872.82 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **6270 · Professional Fees** | | | | | | | | | | | | | | | | |
| 6275 · Accounting Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6280 · Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6270 · Professional Fees | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **6300 · Repairs & Maintenance** | | | | | | | | | | | | | | | | |
| 6310 · Building Repairs & Maintenance | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | | 7,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6330 · Equipment Repairs | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | | 7,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6335 · Maintenance | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | | | | 15,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6336 · Landscape & Pest Control | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | 350.00 | | | | 2,450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6300 · Repairs & Maintenance | 4,550.00 | 4,550.00 | 4,550.00 | 4,550.00 | 4,550.00 | 4,550.00 | 4,550.00 | 0.00 | 0.00 | 0.00 | 31,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6340 · Telephone | 514.45 | 519.02 | 581.82 | 585.88 | 590.00 | 590.00 | 590.00 | | | | 3,971.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **6350 · Travel & Ent** | | | | | | | | | | | | | | | | |
| 6370 · Meals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6380 · Travel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6350 · Travel & Ent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,971.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **6390 · Utilities** | | | | | | | | | | | | | | | | |
| 6400 · Gas and Electric | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 | | | | 9,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6410 · Water | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 320.00 | 0.00 | 0.00 | | 2,240.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6390 · Utilities | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 1,720.00 | 0.00 | 0.00 | 0.00 | 12,040.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expense | 64,314.54 | 59,819.31 | 60,100.00 | 63,413.06 | 65,512.18 | 63,167.00 | 68,999.75 | 0.00 | 0.00 | 0.00 | 473,351.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Operating Income | 12,915.46 | 10,775.69 | 9,690.00 | 10,376.94 | 11,385.82 | 13,963.00 | 9,040.25 | 0.00 | 0.00 | 0.00 | 78,147.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Net Income - Available for Debt Service | 12,915.46 | 10,775.69 | 9,690.00 | 10,376.94 | 11,385.82 | 13,963.00 | 9,040.25 | 0.00 | 0.00 | 0.00 | 78,147.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

During Summer Recess -Enrollment will be Lower and the State Re-Imbursement will Decrease as a Result.