UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:                                          Chapter 11

GOLDEN BEAR ACADEMY, INC.          Case No.:8:10-bk-12682-CED

        Debtor.              /

## CONFIRMATION AFFIDAVIT

**STATE OF FLORIDA**
**COUNTY OF HILLSBOROUGH**

    **BEFORE ME**, the undersigned authority, personally appeared, Folker Hanze, after being duly sworn and has taken an oath deposes and says:

    1. My name is Folker Hanze. I am the Manager of GOLDEN BEAR ACADEMY, INC, a Florida company that was incorporated on November 10, 2006. The Debtor's primary business is the ownership and operation of a day care and after school care center.

    2. The Debtor filed for Chapter 11 protection on May 27, 2010.

    3. I am over twenty-one (21) years of age and suffer from no legal disabilities.

    4. This Affidavit is based upon my personal knowledge of the facts as set forth herein or facts as those appear in the Debtor's books and financial records including monthly reports and tax returns.

    5. The Debtor's financial records have been kept in the ordinary course of regular activities, and have been maintained by me and are presently in my possession.

    6. I was personally involved in the formulation and preparation of the Disclosure Statement **[Docket #61]** and the Amended Plan of Reorganization **[Docket #89]**, which were filed with the Court. The Amended Plan of Reorganization (the "Plan") under consideration for this confirmation hearing was filed December 6, 2010.

    7. I have complied with all of the applicable provisions of the Bankruptcy Code during the Chapter 11 case and in proposing the Plan, including the Plan which is before the Court for consideration of confirmation.

    8. The Plan has been proposed in good faith and not by any

means forbidden by law. I have not promised any creditor or any other party any treatment or consideration other than is set forth in the Plan. There have been no side dealings to obtain votes or consents for this Plan.

9. Any payment made or to be made under the Plan for services or costs and expenses in or in connection with the Chapter 11 case or in connection with Plan and incident to the Chapter 11 case has been disclosed to the Court and has been approved or is believed will be approved by this Court as reasonable.

10. I have disclosed all of our assets owned by us in the detailed liquidation analysis and the Plan provides for payment under the Plan, through continued operation of the business. The liquidation analysis is attached hereto as **Exhibit "1"** and incorporated herein by reference.

11. The Plan is consistent with the interests of creditors and with public policy and provides that unsecured creditors will be paid under the plan in deferred payments without inordinate delay. Administrative and priority claims will be paid as the claims are allowed.

12. With respect to each Class or creditors under the Plan, I believe all objections have been resolved, except the objections by Ciena Capital Funding **[Docket #81] and [Docket #92]** which have been resolved.

13. All classes voting have accepted the Plan as demonstrated by the Ballot tabulation. With respect to each impaired class voting the creditors have accepted the Plan, except the Small Business Administration (SBA) which has not voted in spite of adequate notice. Their claim is unsecured. The Ballot Tabulation is attached hereto as **Exhibit "2"** and incorporated herein by reference.

14. The Plan provides for the payment of the secured claims, unsecured claims, and priority claims within the time required by the Bankruptcy Code. The historical income generated from the Debtor's operation of the business is sufficient to pay all Plan obligations as set forth therein.

15. All administrative expenses due, including United States Trustee's fees, have been paid prior to the confirmation hearing. The attorneys' fees shall be paid at confirmation or upon entry of an order by the Court, if a Court order is required. I understand that United States Trustee's fees shall continue until the entry of a Final Decree and will notify the Court when the Plan has been substantially consummated.

16. The Plan provides all priority claims will be paid in full within the statutory period over the life of the Plan.

17. The Plan as proposed is economically and practically feasible as evidenced by the performance during the Chapter 11.

18. The total additional monthly payments due under the Plan after confirmation are estimated as follows:

| CLASS | TREATMENT |
|---|---|
| I - Secured (Tax Collector) | To the extent any tax certificate holders claims are not duplicative of the debt owed to the tax collector, claimants in this Class shall be paid in full, plus statutory interest, at the rate in effect at the time of confirmation in sixty (60) equal monthly installments commencing thirty (30) days from the entry of the confirmation order. |
| II - Secured (Ceina Capital Funding, LLC) | The property has a value of $1,640,000.00 per agreement between the parties. The allowed secured claims will be paid as follows:<br><br>a. First 24 months - $8,000.00<br>b. Second 24 months - $10,000.00<br>c. The remainder of payments at 5.86% with original amortization.<br><br>There will be a balloon in seven (7) years. |
| III - Secured (SBA) | The claim is unsecured as the value of the property is less than the first mortgage. |
| IV - Unsecured | Paid pro-rata $150,000.00 of their claim without interest in twenty (20) equal quarterly payments of $7,500.00 per quarter. The creditors will receive the first payment of $7,500.00 on the effective date of the Plan. |
| V - Insiders | These creditors, if any, will be subordinated until all other creditors of the plan have been paid in full. No increase in compensation will be paid to insiders post-confirmation until the Plan has been substantially consummated. |

19. I have been paying all post petition taxes and secured payments during the Chapter 11 case.

20. I have personally reviewed the funds presently available and after discussion with our accountant and attorney have first hand knowledge as to our present ability and find there will be sufficient funds available to satisfy all claims to be paid under the Plan.

21. Confirmation of the Plan is not likely to be followed by the need for further financial reorganization.

22. The Plan does not unfairly discriminate between any class of creditors inasmuch as each creditor in a Class is treated the same.

23. The Plan has not been proposed for the purpose of tax avoidance or the avoidance of Section 5 of the Securities Act of 1993.

24. There are no unsecured claims for contribution to a retiree benefit plan. The Debtor does not provide retiree benefits.

I, Folker Hanze, as Manager on behalf of GOLDEN BEAR ACADEMY, INC (the "Debtor"), after being sworn and taking an oath under penalty of perjury that the facts as stated in the foregoing confirmation affidavit are true and correct to the best of our knowledge, information and belief.

**DATED** on this ____ day December, 2010.

GOLDEN BEAR ACADEMY, INC.,

_____
Folker Hanze, as Manager

**SWORN** to and **SUBSCRIBED** before me, this ____ day of December, 2010, by Folker Hanze as Manager on behalf of GOLDEN BEAR ACADEMY, INC, who ☒ is personally known to me or ☐ produced _____ as Identification and who did take an oath.

NOTARY PUBLIC:

_____
State of Florida at Large (Seal)

-4-

# LIQUIDATION ANALYSIS

of

Golden Bear Academy
(Case No.: 8:10-bk-12682-CED)

| ASSET(S) | LIEN(S) | FMV | LIQUIDATION VALUE[1] |
|---|---|---|---|
| Childcare facility located at 421 S. Goldenrod Road, Orlando, Florida 32822 | Ciena Capital (1st Mtg - $1,660,214.00) US Small Business (2nd Mtg - $1,377,000.00) | $1,700,000.00 -$3,037,214.00 No Equity | No Equity |
| DIP Account[2] | None | $15,000.00 | $15,000.00 |
| 1997 Chevrolet 15 Passenger van, 1998 Ford 15 Passenger Van (x2) | None | $12,500.00 | $5,000.00 |
| 1 Sink - Wash / Soap Towel Disp.($300.00), 1 Sink & Cabinet ($350.00), 6 sinks & cabinets ($250 each), 1 Full Size two Partition Commercial Sink ($900), 1 Wash Sink - Small ($200), 8 Five Ton Capacity Stand Alone A/C - Heat Units ($3,800.00 each), 1 Three Ton Capacity Stand Alone A/C - Heat Unit ($1,800), 3 Air Handlers - Cold / Heat ($ 3,000) | Ciena Capital | $44,450.00 | No Equity |
| Office Equipment, furnishing & supplies | Ciena Capital | $99,475.00 | No Equity |
| Storage Shed | None | $3,500.00 | $1,400.00 |

**Exhibit "1"**

---

[1] *The Liquidation Value is 40% of the total value.*

[2] *As of December 6, 2010*

# CHAPTER 11 -- VOTE ON PLAN

DEBTOR: Goden Bear Academy, Inc.

CASE NO.: 8:10-bk-12682-CED (11)

## S U M M A R Y

**CLASS I - Secured (Tax Collector):**

| TOTAL NUMBER OF CLAIMS VOTING: | 4 |
|---|---|
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 4 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $38,511.06 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $38,511.06 |

**CLASS II - Secured (Ciena Capital Funding):**

| TOTAL NUMBER OF CLAIMS VOTING: | 1 |
|---|---|
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 1 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $1,660,214.00 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $1,660,214.00 |

**CLASS III - Secured (US Small Business Administration):**

| TOTAL NUMBER OF CLAIMS VOTING: | -0- |
|---|---|
| TOTAL NUMBER OF CLAIMS ACCEPTING: | -0- |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | -0- |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | -0- |

**CLASS IV - Unsecured:**

| TOTAL NUMBER OF CLAIMS VOTING: | 1 |
|---|---|
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 1 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $1,988.52 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $1,988.52 |

**Exhibit "2"**

## CLASS V - Insiders:

| TOTAL NUMBER OF CLAIMS VOTING: | -0- |
|---|---|
| TOTAL NUMBER OF CLAIMS ACCEPTING: | -0- |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | -0- |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | -0- |

## Ballot Tabulation

### Secured

| Class | Creditor | Accept | Reject |
|---|---|---|---|
| I | Tax Collector | $19,396.69 | |
| I | Tax Collector | $17,034.60 | |
| I | Tax Collector | $1,006.20 | |
| I | Tax Collector | $1,073.57 | |
| | Total | $38,511.06 | |
| Class | Creditor | Accept | Reject |
| II | Cienna Capital Funding** | $1,660,214.00 | |
| | Total | $1,660,214.00 | |
| Class | Creditor | Accept | Reject |
| III | Small Business Administration | No Vote | No Vote |
| | Total | $0.00 | $0.00 |

**Acceptance to be announced in Court.

### Unsecured

| Class | Creditor | Accept | Reject |
|---|---|---|---|
| IV | Marlin Leasing Corporation | $1,988.52 | |
| | Total | $1,988.52 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:     Chapter 11

GOLDEN BEAR ACADEMY, LLC.,     Case No.: 8:10-bk-12682-CED

_____Debtor._____/

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION FILED BY DEBTOR

The *Plan* of Reorganization (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the Court, nevertheless, may confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will need to submit a ballot for each class in which you are entitled to vote. **To have your vote count, you must complete and return this ballot.**

The undersigned, a Class __IV__ creditor of the above-named Debtor, in the unpaid principal amount of __$1,988.52__, (Check one box):

☒ ACCEPTS  ☐ REJECTS, the Plan for the reorganization of the above-named Debtor.

| Dated | Dec. 6, 2010 |
|---|---|
| Name of Creditor | Marlin Leasing Corporation |
| Creditor's Signature | Rebecca Mendez |
| By (If appropriate) | |
| As: (If appropriate) | Managing Paralegal |
| Address | 300 Fellowship Road<br>Mount Laurel, NJ 08054 |
| Telephone # | (888) 479-9111 Ext. 4316 |

**THIS BALLOT MUST BE FILED WITH THE COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE DATE OF THE CONFIRMATION HEARING TO BE HELD ON *SEPTEMBER 27, 2010 AT 2:00 P.M.***

| MAIL TO: | ---For Ballot Tabulation Only--- |
|---|---|
| United States Bankruptcy Court<br>Sam M. Gibbons U.S. Courthouse<br>801 N. Florida Avenue, Suite 727<br>Tampa, Florida 33602 | Ballot No. _____ Creditor Class _____<br><br>Claim No. _____ Claim $_____<br><br>Claim Amount per Schedule $_____ |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:

**GOLDEN BEAR ACADEMY, LLC,**

Chapter 11

Case No.: 8:10-bk-12682-CED

_____Debtor._____/

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION FILED BY DEBTOR

The *Plan* of Reorganization (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the Court, nevertheless, may confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will need to submit a ballot for each class in which you are entitled to vote. **To have your vote count, you must complete and return this ballot.**

The undersigned, a Class __I__ creditor of the above-named Debtor, in the unpaid principal amount of __$1,073.57__, (Check one box):

☒ **ACCEPTS**  ☐ **REJECTS**, the Plan for the reorganization of the above-named Debtor.

| Dated | 12/6/10 |
|---|---|
| Name of Creditor | Orange County Tax Collector |
| Creditor's Signature | *[signature]* |
| By (If appropriate) | Heather Ritter, CFCA |
| As: (If appropriate) | Representative |
| Address | 200 South Orange Ave. Post Office Box 2551 Orlando, FL 32802 |
| Telephone# | (427) 836-2772 |

**THIS BALLOT MUST BE FILED WITH THE COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE DATE OF THE CONFIRMATION HEARING TO BE HELD ON *SEPTEMBER 27, 2010 AT 2:00 P.M.***

| MAIL TO: | ---For Ballot Tabulation Only--- |
|---|---|
| United States Bankruptcy Court Sam M. Gibbons U.S. Courthouse 801 N. Florida Avenue, Suite 727 Tampa, Florida 33602 | Ballot No. _____ Creditor Class _____<br>Claim No. _____ Claim $ _____<br>Claim Amount per Schedule $ _____ |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:                                  Chapter 11

GOLDEN BEAR ACADEMY, LLC.,     Case No.: 8:10-bk-12682-CED

         Debtor.                      /

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION FILED BY DEBTOR

The *Plan* of Reorganization (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the Court, nevertheless, may confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will need to submit a ballot for each class in which you are entitled to vote. **To have your vote count, you must complete and return this ballot.**

The undersigned, a Class __I__ creditor of the above-named Debtor, in the unpaid principal amount of __$1,006.20__, (Check one box):

☒ **ACCEPTS** ☐ **REJECTS**, the Plan for the reorganization of the above-named Debtor.

| Dated | 12/6/10 |
|---|---|
| Name of Creditor | Orange County Tax Collector |
| Creditor's Signature | *[signature]* |
| By (If appropriate) | Heather Ritter, CFCA |
| As: (If appropriate) | Representative |
| Address | 200 South Orange Ave.<br>Post Office Box 2551<br>Orlando, FL 32802 |
| Telephone # | (407) 836-2772 |

**THIS BALLOT MUST BE FILED WITH THE COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE DATE OF THE CONFIRMATION HEARING TO BE HELD ON *SEPTEMBER 27, 2010 AT 2:00 P.M.***

| MAIL TO:<br><br>United States Bankruptcy Court<br>Sam M. Gibbons U.S. Courthouse<br>801 N. Florida Avenue, Suite 727<br>Tampa, Florida 33602 | ---For Ballot Tabulation Only---<br>**************************************************<br>Ballot No. ———— Creditor Class ————<br>Claim No. ———— Claim $————<br>Claim Amount per Schedule $———— |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:  Chapter 11

GOLDEN BEAR ACADEMY, LLC.,  Case No.: 8:10-bk-12682-CED

_____Debtor._____/

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION FILED BY DEBTOR

The *Plan* of Reorganization (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the Court, nevertheless, may confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will need to submit a ballot for each class in which you are entitled to vote. **To have your vote count, you must complete and return this ballot.**

The undersigned, a Class __1__ creditor of the above-named Debtor, in the unpaid principal amount of __$19,396.69__, (Check one box):

☒ ACCEPTS ☐ REJECTS, the Plan for the reorganization of the above-named Debtor.

| Dated | 12 | 6 | 10 |
|---|---|---|---|
| Name of Creditor | Orange County Tax Collector |||
| Creditor's Signature | *[signature]* |||
| By (If appropriate) | Heather Ritter, CFCA |||
| As: (If appropriate) | Representative |||
| Address | 200 South Orange Ave. Post Office Box 2551 Orlando, FL 32802 |||
| Telephone # | (407) 836-2772 |||

**THIS BALLOT MUST BE FILED WITH THE COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE DATE OF THE CONFIRMATION HEARING TO BE HELD ON *SEPTEMBER 27, 2010 AT 2:00 P.M.***

| MAIL TO: | ---For Ballot Tabulation Only--- |
|---|---|
| United States Bankruptcy Court Sam M. Gibbons U.S. Courthouse 801 N. Florida Avenue, Suite 727 Tampa, Florida 33602 | Ballot No. ———— Creditor Class ———— Claim No. ———— Claim $———— Claim Amount per Schedule $———— |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:                                     Chapter 11

GOLDEN BEAR ACADEMY, LLC.,       Case No.: 8:10-bk-12682-CED

       Debtor.                  /

## BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION FILED BY DEBTOR

The *Plan* of Reorganization (the "Plan") referred to in this Ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in dollar amount and more than one-half in number of the ballots cast in each class. In the event the requisite acceptances are not obtained, the Court, nevertheless, may confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will need to submit a ballot for each class in which you are entitled to vote. **To have your vote count, you must complete and return this ballot.**

The undersigned, a Class __I__ creditor of the above-named Debtor, in the unpaid principal amount of __$17,034.60__, (Check one box):

☒ **ACCEPTS** ☐ **REJECTS**, the Plan for the reorganization of the above-named Debtor.

| Dated | 12/6/10 |
|---|---|
| Name of Creditor | Orange County Tax Collector |
| Creditor's Signature | *[signature]* |
| By (If appropriate) | Heather Ritter, CFCA |
| As: (If appropriate) | Representative |
| Address | 200 South Orange Ave.<br>Post Office Box 2551<br>Orlando, FL 32802 |
| Telephone # | (407) 836-2772 |

**THIS BALLOT MUST BE FILED WITH THE COURT NO LATER THAN SEVEN (7) DAYS BEFORE THE DATE OF THE CONFIRMATION HEARING TO BE HELD ON *SEPTEMBER 27, 2010 AT 2:00 P.M.***

| MAIL TO:<br><br>United States Bankruptcy Court<br>Sam M. Gibbons U.S. Courthouse<br>801 N. Florida Avenue, Suite 727<br>Tampa, Florida 33602 | ---For Ballot Tabulation Only---<br>*********************************************<br>Ballot No. _____ Creditor Class _____<br>Claim No. _____ Claim $_____<br>Claim Amount per Schedule $_____ |
|---|---|